UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| NICHOLAS A. GLADU, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   1:23-cv-00185-JDL |
| | ) |
| MAINE DEPARTMENT OF | ) |
| CORRECTIONS, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL

Plaintiff Nicholas A. Gladu, proceeding pro se, filed this action on April 27, 2023, against Defendants Maine Department of Corrections, John Does 1-3, Matthew Magnusson, Wellpath, LLC, and John Moes 1-5 (ECF No. 1). Gladu's Motion to Proceed Without Prepayment of Fees and Costs (ECF No. 5) was granted. United States Magistrate Judge John C. Nivison issued an Order to Show Cause (ECF No. 7) requiring Gladu to file a notice of his intent to proceed and warning him that failure to comply with the order could result in dismissal of his case. Gladu then filed a Notice and Motion of Voluntary Dismissal (ECF No. 8) seeking dismissal without prejudice.

Federal Rule of Civil Procedure 41(a) provides that an action may be voluntarily dismissed by the plaintiff without a court order if the opposing party has not filed an answer or motion for summary judgment, or by court order at the plaintiff's request "on terms that the court considers proper." Generally, voluntary

1

dismissal under Fed. R. Civ. P. 41(a) will be granted without prejudice. I construe Gladu's motion as a request for voluntary dismissal under Fed. R. Civ. P. 41(a)(2).

It is therefore **ORDERED** that Gladu's Notice and Motion for Voluntary Dismissal (ECF No. 8) is **GRANTED**. It is further **ORDERED** that the action shall be **DISMISSED** without prejudice.

**SO ORDERED.**

**Dated this 2nd day of August, 2023**

                                                      /s/ Jon D. Levy
                                      **CHIEF U.S. DISTRICT JUDGE**